IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMENCITA MARIA PEDRO,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| v. | : | **NO. 24-CV-5725** |
| | : | |
| **HILTON WORLDWIDE, INC.,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 18th day of February 2025, upon consideration of Plaintiffs' letter, which was docketed as a "*Motion to Voluntarily and Temporarily Withdraw the Complaint* without prejudice", (ECF 8), and which the Court construes as a Motion for Voluntary Dismissal filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that:

1. The motion (ECF No. 8) is **GRANTED**.

2. The case is **DISMISSED, without prejudice.**

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*